# Affidavit of Process Server

United States District Court for the District of Massachusetts

(NAME OF COURT)

Group A Autosports, Inc   vs   Crystal Lee Billman                     1:14-CV-10884-JGD

PLAINTIFF/PETITIONER                    DEFENDANT/RESPONDENT                    CASE NUMBER

I Todd Bennett _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Crystal Lee Billman

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) summons, civil cover sheet, category sheet, complaint, and exhibits sheets a-e

by leaving with Charles Billman                    brother                              At

NAME                              RELATIONSHIP

☒ Residence 96 Hardy Askew Rd                    Gates, NC

ADDRESS                              CITY / STATE

☐ Business _____

ADDRESS                              CITY / STATE

On_____AT_____

DATE                              TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____

DATE

from_____

CITY          STATE                    ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.

☒ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 21_____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1) march 21, 2014  4:18 pm         (2)_____

DATE          TIME                    DATE          TIME

(3)_____   (4)_____   (5)_____

DATE     TIME          DATE     TIME          DATE     TIME

**Description:** Age 21+   Sex m   Race w   Height 5'11"   Weight 185   Hair____   Beard____   Glasses____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 24 day of March, 20 14, by William James
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

**WILLIAM JAMES**
Notary Public
Pitt Co., North Carolina
My Commission Expires Dec. 16, 2018

NOTARY PUBLIC for the state of North Carolina

NAPPS

FORM 2          NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS