IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Group-A Autosports, Inc.,<br>   Plaintiff,<br><br>v.<br><br>Crystal Billman,<br>   Defendant. | Civil Action No.: 1:14-cv-10161-RGS<br><br>**FIRST REQUEST TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT** |

  Pursuant to Rule 6(b)(1)(a) of the Federal Rules of Civil Procedure, the Plaintiff, Group-A Autosports, Inc., requests this Court to extend the time for the Defendant to file a response to Complaint up to and including April 30, 2014.

  In support of this request, the undersigned states that the original Summons and Complaint was served upon Defendant on March 21, 2014, and that the Defendant contacted the undersigned and advised she is seeking counsel. Good cause exists for granting this request.

        Respectfully submitted,

        Group-A Autosports, Inc.

        By its Attorney,

Dated: 04-08-2014

        /s/ Steven N. Fox
        Steven N. Fox (BBO #554692)
        62 South Main Street
        Sharon, MA 02067
        (781) 821-8920
        E-Mail: sfox@foxpatent.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed through the ECF system and will be sent electronically to registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent by first class mail, postage pre-paid, to those indicated as non-registered participants on April 8, 2014, as follows:

Crystal Billman
96 Hardy Askew Road
Gates, NC 27937

        /s/ Steven N. Fox
        Steven N. Fox